**THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Terry Darnell Washington, Appellant.

Appellate Case No. 2024-000292

———

Appeal From Lexington and Pickens Counties
R. Lawton McIntosh, Circuit Court Judge

———

Unpublished Opinion No. 2025-UP-066
Submitted February 20, 2025 – Filed February 26, 2025

———

**APPEAL DISMISSED**

———

Appellate Defender Jessica M. Saxon, of Columbia, for Appellant.

General Counsel Matthew C. Buchanan, of Columbia, for Respondent.

———

**PER CURIAM:**  Dismissed after review pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Counsel's motion to be relieved is granted.

**APPEAL DISMISSED.**[1]

**THOMAS, HEWITT, and CURTIS, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.